JS-6

AMANDA R. STEVENS (SBN 252350)
astevens@calsubro.com
MATTHEW H. GREEN (SBN 307214)
mgreen@calsubro.com
SCHROEDER LOSCOTOFF STEVENS LLP
7410 Greenhaven Drive, Ste. 200
Sacramento CA 95813
T: (916) 438-8300
F: (916) 438-8306

*Attorney for Plaintiff*
ALLSTATE INSURANCE COMPANY

RYAN L. NILSEN (SBN 310642)
ryan.nilsen@lewisbrisbois.com
AMY L. FRERICH (SBN 320745)
amy.frerich@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street, Suite 1700
San Diego, CA 92101
T: (619) 233-1006
F: (619) 233-8627

*Attorneys for Defendant*
BRASSCRAFT MANUFACTURING COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BRASSCRAFT MANUFACTURING COMPANY. and DOES 1 to 20, <br><br> Defendant. | Case No.: 2:21-cv-02457-PA-RAO <br><br> ORDER RE: <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated by Plaintiff ALLSTATE INSURANCE COMPANY and Defendant

BRASSCRAFT MANUFACTURING COMPANY, through their respective attorneys of record,

that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint on file herein is dismissed with prejudice as to all parties and all the claims, the parties having resolved this matter in its entirety.  Each party has agreed to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED:

Dated:  August 13, 2021                    **SCHROEDER LOSCOTOFF STEVENS LLP**

By:_____*/s/ Matthew H. Green, Esq.*_____
       AMANDA R. STEVENS, ESQ.
       MATTHEW H. GREEN, ESQ.
       Attorneys for Plaintiff
       ALLSTATE INSURANCE COMPANY

Dated:  August 13, 2021                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:_____*/s/ Amy L Frerich, Esq.*_____
       RYAN L. NILSEN, ESQ.
       AMY L. FRERICH, ESQ.
       Attorneys for Defendant
       BRASSCRAFT MANUFACTURING
       COMPANY

*Allstate Insurance Company v. Brasscraft Manufacturing Company*
U.S.D.C Central District California Case No: 2:21-cv-02457-PA-RAO
Los Angeles County Case No: 21STCV06382

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 13, 2021, I electronically filed the following document(s) described as,

## STIPULATION OF DISMISSAL WITH PREJUDICE

With the Clerk of the Court using the CM ECF system, which will then send an electronic notification of electronic filing (NEF) to the interested parties in this action as follows:

Ryan L. Nilsen, Esq.
Amy L. Frerich, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627
ryan.nilsen@lewisbrisbois.com
amy.frerich@lewisbrisbois.com
janet.smith@lewisbrisbois.com
erica.munoz@lewisbrisbois.com
*Counsel for Defendant BRASSCRAFT MANUFACTURING COMPANY*

I declare under penalty of perjury that the above is true and correct and that this declaration was executed on Friday, August 13, 2021 at Sacramento, California.

*/ / Amber Guzman*
*AMBER GUZMAN*

## __ORDER__

Having reviewed the foregoing Stipulation of Dismissal with Prejudice, and with good cause appearing, this matter is hereby dismissed with prejudice.  Each party to bear its own costs and attorneys' fees.


IT IS SO ORDERED:



Dated: _____August 13, 2021_____                    _____

                                                    HON. PERCY ANDERSON
                                                    UNITED STATES DISTRICT JUDGE